**Exhibit A**

# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



VAu 469-004

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| 9 | 20 | 99 |
| Month | Day | Year |

OFFICE **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

Greccophoto.com Web Site Images up to 9/14/99

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

a. Michael Grecco Photography, Inc., employer for hire of Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork            ☒ Photograph             ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design         ☐ Architectural work

**NAME OF AUTHOR ▼**

b.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture          ☐ Map                    ☐ Technical drawing
☐ 2-Dimensional artwork            ☐ Photograph             ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design         ☐ Architectural work

---

## 3

a. **Year In Which Creation of This Work Was Completed**
1999
◄Year in all cases.
This information must be given

b. **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____          ◄ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP. 20, 1999
ONE DEPOSIT RECEIVED
SEP. 20, 1999
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

_____

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_____

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____ **Account Number** ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Michael Grecco

Michael Grecco Photography, Inc.

1701 Pier Avenue

Santa Monica, CA 90405

Area code and daytime telephone number ▶ (310) 452-4461     Fax number ▶ (310) 452-4462

Email ▶ michael@greccophoto.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of **Michael Grecco Photography, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President     **Date** ▶ 9/15/99

**Handwritten signature (X)** ▼

X _____

**8**

**Mail certificate to:**

**Name** ▼
Michael Grecco Photography, Inc.

**Number/Street/Apt** ▼
1701 Pier Avenue

**City/State/ZIP** ▼
Santa Monica, CA 90405

**Certificate will be mailed in window envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20\* filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*Registration filing fees are effective through June 30, 1999. For the latest fee information, write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1998—125,000
WEB REV: July 1998
♲ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-432-381/80,014

Fees are effective through June 30, 2002.
After that date, check the Copyright Office
Website at www.loc.gov/copyright or call
(202) 707-3000 for current fee information.



**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

GreccoPhoto.Com Web Site Images up to 9/14/99

Registration Number of the Basic Registration ▼
VAU 459-004

Year of Basic Registration ▼
1999

Name(s) of Author(s) ▼
Michael Grecco Photography, Inc.,
employer for hire of Michael Grecco

Name(s) of Copyright Claimant(s) ▼

Michael Grecco Photography, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____1_____ Line Heading or Description _____

Title of this work

Incorrect Information as It Appears in Basic Registration ▼

GreccoPhoto.Com Web Site Images up to 9/14/99

Corrected Information ▼

Michael Grecco Photography Web Site '99

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | **FORM CA** |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR |
| CORRESPONDENCE □ | COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    □ YES    □ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: □ Part B  or  □ Part C

Line Number: 1              Line Heading: Nature of This Work
Incorrect Information in basic registration: Photographs
Corrected Information: Internet Web Site
Explanation:

Line Number: 2              Line Heading: Name of Author
Incorrect Information as it appears in basic registration: Michael Grecco
Photography, Inc., employer for hire of Michael Grecco
Corrected Information: Michael Grecco Photography, Inc.
Explanation:

Line Number: 2         Line Heading: Nature of Authorship
Incorrect Information as it appears in basic registration: Photograph
Corrected Information: 2 - Dimension artwork; Photographs; Text
Explanation:

Correspondence: Give name and address to which correspondence about this application should be sent.
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

Phone ( 310 ) 452-4461      Fax ( 310 ) 452-4462      Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
□ author          □ owner of exclusive right(s) Michael Grecco Photography, Inc.
□ other copyright claimant ☒ duly authorized agent of _____
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Michael Grecco, President          Date ▼

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Michael Grecco Photography, Inc. | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in Space F<br>**SEND ALL ELEMENTS IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C 20559-6000 | As of July 1, 1999, the fee for filing Form CA is $65. |
|---|---|---|---|
| | Number/Street/Apt ▼ 1701 Pier Avenue | | |
| | City/State/ZIP ▼ Santa Monica, CA 90405 | | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV June 1999
⊕ PRINTED ON RECYCLED PAPER
U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107

|  |  |
|---|---|
| FORM CA RECEIVED | **FORM CA** |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | **FOR COPYRIGHT OFFICE USE ONLY** |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO | |
| BASIC REGISTRATION        ☐ YES    ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B  *or*  ☐ Part C

Line Number: 3b          Line Heading: Date and Nation of First Publication of
                                      This Particular Work
Incorrect Information as it appears in basic registration:
Corrected Information: At least as early as September 14, 1999.
Explanation:

Line Number: 3b          Line Heading: Material Added to This Work
Incorrect Information as it appears in basic registration:
Corrected Information: Selection, Coordination, Arrangement, Organization,
                         Artistic Editing; Text; Read-Me Files
Explanation:

Line Number: 6a          Line Heading: Preexisting Material
Incorrect Information as it appears in basic registration: Photographs
Corrected Information:
Explanation:

Correspondence: Give name and address to which correspondence about this application should be sent.
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

Phone ( 310 ) 452-4461       Fax 310 452-4462       Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant  ☐ duly authorized agent of  ☐ owner of exclusive right(s) Michael Grecco Photography, Inc.
                                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Michael Grecco, President          Date ▼

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼  Michael Grecco Photography, Inc. |
|---|---|
| | Number/Street/Apt ▼  1701 Pier Avenue |
| | City/State/ZIP ▼  Santa Monica, CA 90405 |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the fee for filing Form CA is $65.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV. June 1999                    ♻ Printed on recycled paper          ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107

**MICHAEL GRECCO PHOTOGRAPHY, INC.**

1701 PIER AVENUE
SANTA MONICA CA 90405
TELEPHONE 310.452.4461
FACSIMILE 310.452.4462
EMAIL michael@greccophoto.com

9/15/99

Library of Congress
Copyright Office
101 Independence Avenue S. E.
Washington, D. C. 20559-6000

Re : Copyright Application of Michael Grecco Photography, Inc. Form VA

Gentlepersons:

Enclosed herewith is an application for copyright registration, under Title 17 United States Code, Section 101, et seq.

The application also includes the enclosed copy of the work for deposit.

Also enclosed is a check in the amount of $30.00 to cover the application filing fee.

Very truly yours,

Michael Grecco
President
Michael Grecco Photography, Inc.

Enc.









# FedEx Ship
## Shipment Receipt

From:

Michael Grecco
(310) 452-4461
Michael Grecco Photography, Inc
1701 Pier Avenue
Santa Monica, CA 90405

To:

(202) 707-8312
LIBRARY OF CONGRESS
COPYRIGHT
101 INDEPENDENCE AVENUE,
S.E.
WASHINGTON, DC 20559-6000

COD Return Address:
N/A

Date: 9/17/1999
Track Number: 792275219865
Service: 2Day
Packaging: FedEx Pak
Special Handling: Drop
Piece: 1 of 1
Weight: 2 LBS
Dimensions: N/A
Declared Value: 100
Deliver without Signature: No

Billing: Bill Sender
Bill To Acct: 109850837
Rate Quote: $7.90
Reference: N/A

COD Shipment: No
COD Amount: N/A
Secured Check: N/A
Include Freight: N/A



**Detailed Tracking Information**

Tracking #: 792275219865

Delivered To: Mailroom                    Date: 09/20

Signed for By: R.HENDRICKS              Time: 08:32

Service Type: EP

| Status | City | St/Prov | Date | Time | |
|--------|------|---------|------|------|--|
| Delivered | WASHINGTON | DC | 09/20 | 08:32 | |
| Package on Van | WASHINGTON | DC | 09/20 | 07:40 | |
| Arrived at FedE... | WASHINGTON | DC | 09/20 | 06:05 | |
| Arrived at FedE... | WASHINGTON | DC | 09/20 | 05:40 | |
| Left FedEx Ramp | DULLES | VA | 09/20 | 05:10 | |
| Left FedEx Sort ... | MEMPHIS | TN | 09/19 | 06:53 | |
| Left FedEx Sort ... | LOS ANGELES | CA | 09/18 | 23:47 | |

Status Exception: Pre-routed meter pkg picked up

Dispatch Exception: None

COD: N

Non-FedEx Agent: N/A

[ <- Prev Pkg ]   [ Next Pkg -> ]                    [ Close ]

9/7/1999

COPYRIGHTED IMAGES

CELEBRITIES:      JOHNNY CASH (BLACK BOOK '96)
                  DAVID SCHWIMMER  (BLACK BOOK '96)
                  MICHAEL RICHARDS (BLACK BOOK '95)
                  JACK LEMMON (BLACK BOOK '94)
                  BARRY YOURGRAU (BLACK BOOK '94)
                  LAURENCE FISHBURNE, ON CHAIR (BLACK BOOK '95)
                  TERI HATCHER (BLACK BOOK '98), (MOVIELINE 10/96)
                  QUENTIN TARANTINO (BLACK BOOK '98) & (ALT. PICK)
                  TEA LEONI, ON CHAIR (BLACK BOOK '98)
                  FARRELLY BROS., TWINS (BLACK BOOK '98)
                  FARRELLY BROS., HEAD ON PLATTER (ALT. PICK)
                  BRIAN DENNEHY (BLACK BOOK '95)
                  MARTIN LANDAU (ALT. PICK '95)
                  JOHNNY DEPP (ALT. PICK '95)
                  ROBERT EVANS (ALT. PICK)
                  RUSSELL SIMMONS (ALT. PICK)
                  LL COOL J (ALT. PICK)
                  DEAD CAN DANCE (ALT. PICK)
                  AL JOURGENSEN (ALT. PICK)


SPORTS:           MICHAEL JOHNSON, KNEELING (BLACK BOOK '98) (AM.
                  SHOWCASE [KLIK] '97)
                  SHAQUILLE O,NEAL (BLACK BOOK '95)
                  JANET EVANS (AM. SHOWCASE [KLIK] '97)

BUSINESS:         ELECTRIC MAN (BLACK BOOK '98)
                  ISAAC ZISSLEMAN (AR100 '96)
                  WOMAN IN OPERATING ROOM (AR100 '96)
                  ROCKET MAN (AR100 '96)
                  MICROSOFT PIPE LADY (AR100 '96)
                  BRICK MAN ON PEDESTAL (AR100 '97)
                  STRONG MAN GAME (AR100  '97)
                  DR. AKI (AR100 '97)
                  TREE LADY (AR100 '97)

FRANK GEHRY (AR100 '97)
CORPORATE MAN'S BACK W/REFLECTIONS (CORP.
SHOWCASE '93)
FLAT SCUBA DIVER (CORP. SHOWCASE '93)
BEALE THROUGH SCULPTURE (CORP. SHOW. '95)
BATH MAINE STORY (CORP. SHOW. '95)
JACK ROSENZWIEG (ALT. PICK)

REAL PEOPLE        HARMONICA FATS (BLACK BOOK '97)
TRIPLET DAD (BLACK BOOK '97)
CHARLIE JENE (BLACK BOOK '97)
GLASS WALKER (BLACK BOOK '97)
NEW ORLEANS LADY (BLACK BOOK '97)
METAL SCULPTOR (BLACK BOOK '97)
VINYL RECORD GUY (BLACK BOOK '97)
JEWELRY STORY, PIECE ON HEAD (ALT. PICK)
JEWELRY STORY, BUST (ALT. PICK)

# GRECCO

MICHAEL GRECCO PHOTOGRAPHY

HOME

GALLERIES
CELEBRITIES
MUSIC
SPORTS
BUSINESS
REAL PEOPLE
EXPERIMENTAL
RECENT PROJECTS

MY BOOK

MY BIOGRAPHY
CONTACT ME
MY SPONSORS
RELATED LINKS

## CELEBRITIES GALLERY > PAGE 2

PAGE 1    PAGE 2    PAGE 3    PAGE 4



© 1999 M. Grecco Photo., Inc.
DAVID DUCHOVNY and GILLIAN ANDERSON
For Fox
After all the set ups and effort in the studio, this image, shot in
the hallway, was the most powerful.

Site designed by Red Hot Creative.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1 – 431 – 698**

*U0001431698*

EFFECTIVE DATE OF REGISTRATION

*July 7 2010*

Month            Day            Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

* Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in ____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009

This information must be given

Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month *2/4/2009* – Day *10/26/2009* Year
*USA*                    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE / OFFICE USE ONLY**

APPLICATION RECEIVED
3/26/14

ONE DEPOSIT RECEIVED
7/7/10          3/16/14

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                        • See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

**EXAMINED BY**

**CHECKED BY**

☒ **CORRESPONDENCE**
   Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  (310) 452-4461            Fax number  (310) 452-4462

Email  michael@michaelgrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                              Date  7/5/10

Handwritten signature (X) ▼
X

| Certificate | Name ▼ |
| will be | Michael Grecco Photography, Inc. |
| mailed in | |
| window | Number/Street/Apt ▼ |
| envelope | 1701 Pier Avenue |
| to this | |
| address: | City/State/ZIP ▼ |
| | Santa Monica, CA 90405 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1－431－698**

#VA0001431698#

~~~~~~~~~~ ~~~ ~~ ~~~~~~~~~~~

*July 7 2010*
(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

*3/26/14*

Page ___3___ of ___11___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Michael Grecco Photography, Inc.___

Name of Copyright Claimant ___Michael Grecco Photography, Inc.___

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___Getty Archive Published Images 02/04/09___
Date of First Publication __02/04/09__ (Month) (Day) (Year)  Nation of First Publication __USA__
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 2**
Title of Photograph ___Getty Archive Published Images 02/09/09___
Date of First Publication __02/09/09__ (Month) (Day) (Year)  Nation of First Publication __USA__
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 3**
Title of Photograph ___Getty Archive Published Images 02/10/09___
Date of First Publication __02/10/09__ (Month) (Day) (Year)  Nation of First Publication __USA__
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 4**
Title of Photograph ___Getty Archive Published Images 02/12/09___
Date of First Publication __02/12/09__ (Month) (Day) (Year)  Nation of First Publication __USA__
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 5**
Title of Photograph ___Getty Archive Published Images 02/24/09___
Date of First Publication __02/24/09__ (Month) (Day) (Year)  Nation of First Publication __USA__
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 6**

Title of Photograph   Getty Archive Published Images 02/25/09

Date of First Publication   02/25/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**B**

Registration for Group of Published Photographs (continued)

**Number 7**

Title of Photograph   Getty Archive Published Images 03/25/09

Date of First Publication   03/25/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number 8**

Title of Photograph   Getty Archive Published Images 04/09/09

Date of First Publication   04/09/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number 9**

Title of Photograph   Getty Archive Published Images 04/20/09

Date of First Publication   04/20/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number 10**

Title of Photograph   Getty Archive Published Images 06/03/09

Date of First Publication   06/03/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number 11**

Title of Photograph   Getty Archive Published Images 06/16/09

Date of First Publication   06/16/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number 12**

Title of Photograph   Getty Archive Published Images 10/26/09

Date of First Publication   10/26/09 (Month) (Day) (Year)   Nation of First Publication   USA

Description of Photograph   A collection of images published for sale on www.gettyimages.com (Optional)

**Number**

Title of Photograph _____

Date of First Publication _____ (Month) (Day) (Year)   Nation of First Publication _____

Description of Photograph _____ (Optional)

**Number**

Title of Photograph _____

Date of First Publication _____ (Month) (Day) (Year)   Nation of First Publication _____

Description of Photograph _____ (Optional)

**Number**

Title of Photograph _____

Date of First Publication _____ (Month) (Day) (Year)   Nation of First Publication _____

Description of Photograph _____ (Optional)

Certificate will be mailed in window envelope to this address:

Name ▼
Michael Grecco Photography, Inc.

Number / Street / Apt ▼
1701 Pier Avenue

City / State / Zip ▼
Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

## Listing of "2009_Getty_Images_Published" (Page 1)

Form GR_PPh_CON_2009.pdf
Getty_Images_Published_02_04_09
Alexander_Jason_MGP_001.jpg
Alexander_Jason_MGP_002.jpg
Anderson_John_MGP_001.jpg
Anderson_John_MGP_002.jpg
Angel_Vanessa_MGP_002.jpg
Applegate_Christina_MGP_004.jpg
Arnold_Tom_MGP_001.jpg
Baker_Howard_MGP_001.jpg
Baker_Howard_MGP_002.jpg
Bakula_Scott_MGP_001.jpg
Bakula_Scott_MGP_002.jpg
Bergin_Patrick_MGP_001.jpg
Bergin_Patrick_MGP_002.jpg
Bernstein_Leonard_MGP_001.jpg
Bezos_Jeff_MGP_001.jpg
Bezos_Jeff_MGP_002.jpg
Blakey_Art_MGP_001.jpg
Blakey_Art_MGP_002.jpg
Blakey_Art_MGP_003.jpg
Bloodworth_Thomason_Linda_MGP_001.jpg
Bloodworth_Thomason_Linda_MGP_002.jpg
Bloodworth_Thomason_Linda_MGP_003.jpg
Bodett_Tom_MGP_001.jpg
Bonham_Tracy_MGP_001.jpg
Bonham_Tracy_MGP_002.jpg
Bow_Wow_Wow_MGP_001.jpg
Bow_Wow_Wow_MGP_002.jpg
Bow_Wow_Wow_MGP_003.jpg
Bow_Wow_Wow_MGP_004.jpg
Bow_Wow_Wow_MGP_005.jpg
Bow_Wow_Wow_MGP_006.jpg
Bow_Wow_Wow_MGP_007.jpg
Bowie_David_MGP_001.jpg
Bowie_David_MGP_002.jpg
Bowie_David_MGP_003.jpg
Bowie_David_MGP_004.jpg
Bowie_David_MGP_005.jpg
Branson_Richard_MGP_001.jpg
Branson_Richard_MGP_002.jpg
Bridges_Beau_MGP_001.jpg
Bridges_Beau_MGP_002.jpg
Brinkley_Christie_MGP_001.jpg
Brinkley_Christie_MGP_002.jpg
Brinkley_Christie_MGP_003.jpg
Brinkley_Christie_MGP_004.jpg
Bronson_Po_MGP_004.jpg
Brown_Charles_MGP_001.jpg
Brown_Charles_MGP_002.jpg
Brown_Downtown_Julie_MGP_001.jpg
Brown_Downtown_Julie_MGP_002.jpg
Browne_Roscoe_Lee_MGP_001.jpg
Browne_Roscoe_Lee_MGP_002.jpg
Burnett_Mark_MGP_001.jpg
Burnett_Mark_MGP_002.jpg
Burnett_Mark_MGP_003.jpg
Burton_Richard_MGP_001.jpg
Burton_Richard_MGP_002.jpg
Busey_Gary_MGP_001.jpg
Buss_Jerry_MGP_001.jpg
Buss_Jerry_MGP_002.jpg

Buss_Jerry_MGP_003.jpg
Buss_Jerry_MGP_004.jpg
Byrne_David_MGP_001.jpg
Byrne_David_MGP_002.jpg
Byrne_David_MGP_003.jpg
Byrne_David_MGP_004.jpg
Byrne_David_MGP_005.jpg
Cagney_James_MGP_001.jpg
Camp_Colleen_MGP_001.jpg
Camp_Colleen_MGP_002.jpg
Campbell_Tevin_MGP_001.jpg
Campbell_Tevin_MGP_002.jpg
Campbell_Tevin_MGP_003.jpg
Campbell_Tevin_MGP_004.jpg
Campbell_Tisha_MGP_001.jpg
Candy_John_MGP_001.jpg
Candy_John_MGP_002.jpg
Cheers_MGP_002.jpg
Cherry_Neneh_MGP_001.jpg
Cherry_Neneh_MGP_002.jpg
Clark_Dick_MGP_001.jpg
Clark_Dick_MGP_002.jpg
Cooper_Alice_MGP_001.jpg
Cooper_Alice_MGP_002.jpg
Corman_Roger_MGP_001.jpg
Corman_Roger_MGP_002.jpg
Getty_Images_Published_02_09_09
Cramps_The_MGP_001.jpg
Cramps_The_MGP_005.jpg
Cramps_The_MGP_006.jpg
Cramps_The_MGP_008.jpg
Cramps_The_MGP_009.jpg
Getty_Images_Published_02_10_09
Cramps_The_MGP_002.jpg
Cramps_The_MGP_003.jpg
Cramps_The_MGP_004.jpg
Cramps_The_MGP_007.jpg
D'Arby_Terrence_Trent_MGP_001.jpg
Dead_Kennedys_MGP_001.jpg
Dead_Kennedys_MGP_002.jpg
Dead_Kennedys_MGP_003.jpg
Dead_Kennedys_MGP_004.jpg
Dead_Kennedys_MGP_005.jpg
DeBarres_Pamela_MGP_001.jpg
DeBarres_Pamela_MGP_002.jpg
Diller_Barry_MGP_001.jpg
Diller_Barry_MGP_002.jpg
Dixon_Willie_MGP_001.jpg
Doobie_Brothers_MGP_001.jpg
Doobie_Brothers_MGP_002.jpg
Doobie_Brothers_MGP_003.jpg
Drudge_Matt_MGP_001.jpg
Drudge_Matt_MGP_002.jpg
Dukakis_Michael_MGP_001.jpg
Dukakis_Olympia_MGP_001.jpg
Dukakis_Olympia_MGP_002.jpg
Galbraith_John_Kenneth_MGP_001.jpg
Galbraith_John_Kenneth_MGP_002.jpg
Gehry_Frank_MGP_002.jpg
Gehry_Frank_MGP_003.jpg
Gibbons_Leeza_MGP_001.jpg
Gibbons_Leeza_MGP_002.jpg
Gibbons_Leeza_MGP_003.jpg

Glass_Phillip_MGP_001.jpg
Glass_Phillip_MGP_002.jpg
Glass_Phillip_MGP_003.jpg
Glass_Phillip_MGP_004.jpg
Goldwaith_Bobcat_MGP_001.jpg
Goldwaith_Bobcat_MGP_002.jpg
Graham_Bill_MGP_001.jpg
Graham_Bill_MGP_002.jpg
Green_Al_MGP_001.jpg
Green_Al_MGP_002.jpg
Gwynn_Tony_MGP_001.jpg
Gwynn_Tony_MGP_002.jpg
Gwynn_Tony_MGP_003.jpg
Gwynn_Tony_MGP_004.jpg
Gwynn_Tony_MGP_005.jpg
Gwynn_Tony_MGP_006.jpg
Hamil_Peter_MGP_001.jpg
Hamil_Peter_MGP_002.jpg
Hula_Hoop_MGP_001.jpg
Hula_Hoop_MGP_002.jpg
Hula_Hoop_MGP_003.jpg
Johnson_Arte_MGP_001.jpg
Johnson_Arte_MGP_002.jpg
Kemp_Jack_MGP_001.jpg
Kennedy_Compound_MGP_001.jpg
Kennedy_Compound_MGP_002.jpg
Kennedy_Compound_MGP_004.jpg
Kennedy_Compound_MGP_005.jpg
Kennedy_Compound_MGP_006.jpg
Kennedy_Ethel_MGP_001.jpg
Kennedy_Family_MGP_005.jpg
Kennedy_Family_MGP_006.jpg
Kennedy_Family_MGP_007.jpg
Kennedy_Family_MGP_008.jpg
Kennedy_Family_MGP_009.jpg
Kennedy_Family_MGP_010.jpg
Kennedy_Family_MGP_011.jpg
Kennedy_Family_MGP_012.jpg
Kennedy_Family_MGP_013.jpg
Kennedy_Family_MGP_014.jpg
Kennedy_Family_MGP_015.jpg
Kennedy_Family_MGP_016.jpg
Kennedy_Family_MGP_017.jpg
Kennedy_Family_MGP_018.jpg
Kennedy_Family_MGP_019.jpg
Kennedy_Family_MGP_024.jpg
Getty_Images_Published_02_12_09
Angel_Vanessa_MGP_001.jpg
Freidman_Bud_MGP_001.jpg
Freidman_Bud_MGP_002.jpg
Frewer_Matt_MGP_001.jpg
Frewer_Matt_MGP_002.jpg
Gehry_Frank_MGP_001.jpg
Human_League_MGP_001.jpg
Human_League_MGP_002.jpg
Kennedy_Family_MGP_002.jpg
Kennedy_Family_MGP_003.jpg
Kennedy_Family_MGP_004.jpg
Kennedy_Family_MGP_020.jpg
Kennedy_Family_MGP_021.jpg
Kennedy_Family_MGP_022.jpg
Kennedy_Family_MGP_023.jpg
Kennedy_Family_MGP_025.jpg

Kennedy_Family_MGP_026.jpg
Kennedy_Family_MGP_027.jpg
Kennedy_Family_MGP_028.jpg
Kennedy_Family_MGP_033.jpg
Kennedy_Family_MGP_034.jpg
Kennedy_Ted_MGP_002.jpg
Kennedy_Ted_MGP_006.jpg
Killing_Joke_MGP_001.jpg
Killing_Joke_MGP_002.jpg
Killing_Joke_MGP_003.jpg
Kinison_Sam_MGP_001.jpg
Kirkland_Sally_MGP_001.jpg
Klein_Robert_MGP_001.jpg
Klein_Robert_MGP_002.jpg
Klein_Robert_MGP_003.jpg
Little_Miss_America_MGP_001.jpg
Little_Miss_America_MGP_002.jpg
Little_Miss_America_MGP_003.jpg
Little_Miss_America_MGP_004.jpg
Little_Miss_America_MGP_005.jpg
Little_Miss_America_MGP_006.jpg
Lowe_Nick_MGP_001.jpg
Lowe_Nick_MGP_002.jpg
Lowe_Nick_MGP_003.jpg
Mancuso_Frank_MGP_001.jpg
Manoff_Dinah_MGP_001.jpg
Markoe_Merrill_MGP_001.jpg
Markoe_Merrill_MGP_002.jpg
Marsalis_Branford_MGP_001.jpg
Marsalis_Branford_MGP_002.jpg
Marshall_Garry_MGP_001.jpg
Marshall_Garry_MGP_002.jpg
McFerrin_Bobby_MGP_001.jpg
McFerrin_Bobby_MGP_002.jpg
Metheny_Pat_MGP_002.jpg
Metheny_Pat_MGP_003.jpg
Mitchelson_Marvin_MGP_001.jpg
Mitchelson_Marvin_MGP_002.jpg
Mitchelson_Marvin_MGP_003.jpg
Morse_Robert_MGP_001.jpg
Morse_Robert_MGP_002.jpg
Morton_Peter_MGP_001.jpg
Palminteri_Chazz_MGP_001.jpg
Palminteri_Chazz_MGP_002.jpg
Palminteri_Chazz_MGP_003.jpg
Reed_Lou_MGP_001.jpg
Reed_Lou_MGP_002.jpg
Rollins_Sonny_MGP_001.jpg
Rollins_Sonny_MGP_002.jpg
Rollins_Sonny_MGP_003.jpg
Rollins_Sonny_MGP_004.jpg
Rollins_Sonny_MGP_005.jpg
Russo_Rene_MGP_001.jpg
Russo_Rene_MGP_002.jpg
Ryan_Jeri_MGP_001.jpg
Ryan_Jeri_MGP_002.jpg
Ryan_Jeri_MGP_003.jpg
Ryan_Jeri_MGP_004.jpg
Saget_Bob_MGP_001.jpg
Savage_Fred_MGP_001.jpg
Savage_Fred_MGP_002.jpg
Savage_Fred_MGP_003.jpg

Schwimmer_David_MGP_002.Jpg
Specials_The_MGP_001.jpg
Topless_Beachgoers_MGP_001.jpg
Topless_Beachgoers_MGP_002.jpg
Wolf_Dick_MGP_001.jpg
Wonder_Stevie_MGP_001.jpg
Wonder_Stevie_MGP_002.jpg
Wonder_Stevie_MGP_003.jpg
Getty_Images_Published_02_24_09
Abdul_Jabar_Kareem_MGP_001.jpg
Abdul_Jabar_Kareem_MGP_002.jpg
Ade_King_Sunny_MGP_001.jpg
Ade_King_Sunny_MGP_002.jpg
Ade_King_Sunny_MGP_003.jpg
Allen_Tim_MGP_001.jpg
Alzado_Lyle_MGP_001.jpg
Alzado_Lyle_MGP_002.jpg
Alzado_Lyle_MGP_003.jpg
Americas_Funniest_Videos_MGP_001.jpg
Americas_Funniest_Videos_MGP_002.jpg
Anderson_Pamela_MGP_001.jpg
Anderson_Pamela_MGP_002.jpg
Anderson_Pamela_MGP_003.jpg
Andrews_Julie_MGP_002.jpg
Anti_Neutron_Bomb_MGP_001.jpg
Anti_Neutron_Bomb_MGP_002.jpg
Anti_Neutron_Bomb_MGP_003.jpg
Anti_Neutron_Bomb_MGP_004.jpg
Anti_Neutron_Bomb_MGP_005.jpg
Anti_Neutron_Bomb_MGP_006.jpg
Archer_Army_MGP_001.jpg
Archer_Army_MGP_002.jpg
Autry_Gene_MGP_001.jpg
Autry_Gene_MGP_002.jpg
B52s_MGP_001.jpg
B52s_MGP_002.jpg
B52s_MGP_003.jpg
Bach_Catherine_MGP_001.jpg
Baez_Joan_MGP_001.jpg
Baez_Joan_MGP_002.jpg
Baker_Rick_MGP_001.jpg
Baldwin_Adam_MGP_001.jpg
Baldwin_Adam_MGP_002.jpg
Ballmer_Steve_MGP_001.jpg
Ballmer_Steve_MGP_002.jpg
Ballmer_Steve_MGP_003.jpg
Ballmer_Steve_MGP_004.jpg
Barr_Roseanne_MGP_001.jpg
Barr_Roseanne_MGP_002.jpg
Barr_Roseanne_MGP_003.jpg
Barrymore_Drew_MGP_001.jpg
Barrymore_Drew_MGP_002.jpg
Barrymore_Drew_MGP_003.jpg
Bateman_Justine_MGP_001.jpg
Bateman_Justine_MGP_002.jpg
Belushi_Jim_MGP_001.jpg
Belushi_Jim_MGP_002.Jpg
Belushi_Jim_MGP_003.jpg
Breast_Pump_MGP_001.jpg
Bronson_Harold_MGP_001.jpg
Bronson_Harold_MGP_002.jpg
Bronson_Harold_MGP_003.jpg
Brooks_Mel_MGP_001.jpg

Brooks_Mel_MGP_002.jpg
Brooks_Mel_MGP_003.jpg
Brooks_Mel_MGP_004.jpg
Cash_Johnny_MGP_001.jpg
Cash_Johnny_MGP_002.jpg
Connery_Sean_MGP_001.jpg
Connery_Sean_MGP_002.jpg
Crystal_Billy_MGP_001.jpg
DiCaprio_Leonardo_MGP_001.jpg
DiCaprio_Leonardo_MGP_002.jpg
DiCaprio_Leonardo_MGP_003.jpg
DiCaprio_Leonardo_MGP_004.jpg
DiCaprio_Leonardo_MGP_005.jpg
DiCaprio_Leonardo_MGP_006.jpg
DiCaprio_Leonardo_MGP_007.jpg
Federal_Housing_MGP_001.jpg
Federal_Housing_MGP_002.jpg
Fishborne_Lawrence_MGP_001.jpg
Fishborne_Lawrence_MGP_002.jpg
Fishborne_Lawrence_MGP_003.jpg
Fox_Vivica_MGP_001.jpg
Fox_Vivica_MGP_002.jpg
Fox_Vivica_MGP_003.jpg
Fox_Vivica_MGP_004.jpg
Glenn_Sen_John_MGP_001.jpg
Glenn_Sen_John_MGP_002.jpg
Glenn_Sen_John_MGP_003.jpg
Glenn_Sen_John_MGP_004.jpg
Li_Jet_MGP_001.jpg
Li_Jet_MGP_002.jpg
Li_Jet_MGP_003.jpg
Li_Jet_MGP_004.jpg
Li_Jet_MGP_005.Jpg
Sepultura_MGP_001.jpg
Sepultura_MGP_002.jpg
Sepultura_MGP_003.jpg
Sepultura_MGP_004.jpg
Sepultura_MGP_005.jpg
Getty_Images_Published_02_25_09
Arthur_Bea_MGP_001.jpg
Bangles_The_MGP_001.jpg
Bangles_The_MGP_002.jpg
Bernhard_Sandra_MGP_001.jpg
Bernhard_Sandra_MGP_002.jpg
Bernhard_Sandra_MGP_003.jpg
Ferraro_Geraldine_MGP_001.jpg
Ferraro_Geraldine_MGP_002.jpg
Ferraro_Geraldine_MGP_003.jpg
Ferraro_Geraldine_MGP_004.jpg
Ferraro_Geraldine_MGP_005.jpg
Ferraro_Geraldine_MGP_006.jpg
Garcia_Andy_MGP_001.jpg
Garcia_Andy_MGP_002.jpg
Garcia_Andy_MGP_003.jpg
Garcia_Andy_MGP_004.jpg
Geldof_Bob_MGP_001.jpg
Geldof_Bob_MGP_002.jpg
Hart_Gary_MGP_001.jpg
Hart_Gary_MGP_002.jpg
Hart_Gary_MGP_003.jpg
Hart_Gary_MGP_004.jpg
Hendrix_Nona_MGP_001.jpg
Hendrix_Nona_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 3)

Hooks_Jan_MGP_001.jpg
Hooks_Jan_MGP_002.jpg
Jennings_Peter_MGP_001.jpg
Jennings_Peter_MGP_002.jpg
Jett_Joan_MGP_001.jpg
Jett_Joan_MGP_002.jpg
Jett_Joan_MGP_003.jpg
Kennedy_David_MGP_001.jpg
Kennedy_David_MGP_002.jpg
Kennedy_Ted_MGP_001.jpg
Kennedy_Ted_MGP_005.jpg
Kennedy_Ted_MGP_007.jpg
Liu_Lucy_MGP_004.jpg
Loan_Applications_MGP_001.jpg
Loan_Applications_MGP_002.jpg
Lone_Justice_MGP_001.jpg
Lone_Justice_MGP_002.jpg
Lone_Justice_MGP_003.jpg
Long_Ryders_MGP_001.jpg
Long_Ryders_MGP_002.jpg
Lydon_John_MGP_001.jpg
Lydon_John_MGP_002.jpg
Lydon_John_MGP_003.jpg
Lydon_John_MGP_004.jpg
Madness_MGP_001.jpg
Madness_MGP_002.jpg
Madness_MGP_003.jpg
Madness_MGP_004.jpg
Madness_MGP_005.jpg
Mann_Aimee_MGP_001.jpg
Mann_Aimee_MGP_002.jpg
Mann_Aimee_MGP_003.jpg
Mann_Aimee_MGP_004.jpg
Mann_Aimee_MGP_005.jpg
Mann_Aimee_MGP_006.jpg
Mann_Aimee_MGP_007.jpg
Mann_Aimee_MGP_008.jpg
Mann_Aimee_MGP_009.jpg
Mann_Aimee_MGP_010.jpg
Marin_Cheech_MGP_001.jpg
McGovern_George_MGP_001.jpg
McGovern_George_MGP_002.jpg
McNall_Bruce_MGP_001.jpg
McNall_Bruce_MGP_002.jpg
Michael_George_MGP_001.jpg
Michael_George_MGP_002.jpg
Motels_The_MGP_001.jpg
Motels_The_MGP_002.jpg
Motley_Crew_MGP_001.jpg
Motley_Crew_MGP_002.jpg
Murdoch_Rupert_MGP_001.jpg
Murdoch_Rupert_MGP_002.jpg
Murdoch_Rupert_MGP_003.jpg
Navratilova_Martina_MGP_001.jpg
Oldman_Gary_MGP_001.jpg
Oldman_Gary_MGP_002.jpg
Oldman_Gary_MGP_003.jpg
Olson_KT_MGP_001.jpg
Olson_KT_MGP_002.jpg
Phillips_Lou_Diamond_MGP_001.jpg
Phillips_Lou_Diamond_MGP_002.jpg
Poitier_Sidney_MGP_001.jpg

Poitier_Sidney_MGP_002.jpg
Sheen_Martin_MGP_001.jpg
Sheen_Martin_MGP_002.jpg
Sheen_Martin_MGP_003.jpg
Sheen_Martin_MGP_004.jpg
Thomas_Isiah_MGP_001.jpg
Thomas_Isiah_MGP_002.jpg
Unemployment_MGP_001.jpg
Unemployment_MGP_002.jpg
Getty_Images_Published_03_25_09
Anderson_Louie_MGP_001.jpg
Avery_James_MGP_001.jpg
Bologna_Joe_MGP_001.jpg
Brown_Julie_MGP_002.jpg
Brown_Julie_MGP_003.jpg
Coles_Kim_MGP_001.jpg
Jackson_Victoria_MGP_001.jpg
Jackson_Victoria_MGP_002.jpg
Johnson_Beverly_MGP_001.jpg
Johnson_Beverly_MGP_002.jpg
Kennedy_Family_MGP_001.jpg
Kennedy_Family_MGP_035.jpg
Kennedy_Jacqueline_MGP_001.jpg
Kennedy_Jacqueline_MGP_002.jpg
OConnor_Sinead_MGP_001.jpg
OConnor_Sinead_MGP_002.jpg
Ono_Yoko_MGP_001.jpg
Pacman_MGP_001.jpg
Pacman_MGP_002.jpg
Palmer_Robert_MGP_001.jpg
Palmer_Robert_MGP_002.jpg
Palmer_Robert_MGP_003.jpg
Penn_and_Teller_MGP_001.jpg
Penn_and_Teller_MGP_002.jpg
Phillips_Emo_MGP_001.jpg
Piazza_Mike_MGP_001.jpg
Piazza_Mike_MGP_002.jpg
Piazza_Mike_MGP_003.jpg
Rally_ERA_MGP_001.jpg
Rally_ERA_MGP_002.jpg
Reagan_Ronald_MGP_001.jpg
Reagan_Ronald_MGP_002.jpg
Reagan_Ronald_MGP_003.jpg
Reagan_Ronald_MGP_004.jpg
Redford_Robert_MGP_001.jpg
Redford_Robert_MGP_002.jpg
Ronstadt_Linda_MGP_002.jpg
Ronstadt_Linda_MGP_003.jpg
Selleck_Tom_MGP_001.jpg
Selleck_Tom_MGP_002.jpg
Seymour_Jane_MGP_001.jpg
Seymour_Jane_MGP_002.jpg
Springstein_Bruce_MGP_001.jpg
Springstein_Bruce_MGP_002.jpg
Stewart_Patrick_MGP_001.jpg
Stewart_Patrick_MGP_002.jpg
Summer_Donna_MGP_001.jpg
Summer_Donna_MGP_002.jpg
Tarantino_Quentin_MGP_001.jpg
Tarantino_Quentin_MGP_002.jpg
Tarantino_Quentin_MGP_003.jpg
The_X-Files_MGP_001.jpg
The_X-Files_MGP_002.jpg

The_X-Files_MGP_003.jpg
The_X-Files_MGP_004.jpg
The_X-Files_MGP_005.jpg
The_X-Files_MGP_006.jpg
The_X-Files_MGP_008.jpg
Thirtysomething_MGP_001.jpg
Thirtysomething_MGP_002.jpg
Thornton_Billy_Bob_MGP_001.jpg
Thornton_Billy_Bob_MGP_002.jpg
Travis_Randy_MGP_001.jpg
Vega_Suzanne_MGP_001.jpg
Vega_Suzanne_MGP_002.jpg
Venti_Mark_MGP_001.jpg
Venti_Mark_MGP_002.jpg
Venti_Mark_MGP_003.jpg
Vonnegut_Kurt_MGP_001.jpg
Wayans_Keenan_Ivory_MGP_001.jpg
Webber_Steve_MGP_001.jpg
Webber_Steve_MGP_002.jpg
White_Vanna_MGP_001.jpg
Williams_John_MGP_001.jpg
Williams_John_MGP_002.jpg
Williams_John_MGP_003.jpg
Williams_John_MGP_004.jpg
Williams_Vanessa_MGP_001.jpg
Williams_Vanessa_MGP_002.jpg
Williams_Vanessa_MGP_003.jpg
Wonder_Years_The_MGP_001.jpg
Woods_James_MGP_001.jpg
Zappa_Frank_MGP_001.jpg
Zappa_Frank_MGP_002.jpg
Zappa_Frank_MGP_003.jpg
Getty_Images_Published_04_09_09
Andrews_Julie_MGP_001.jpg
Berle_Milton_MGP_001.jpg
Burke_Tom_MGP_001.jpg
Burke_Tom_MGP_002.jpg
Golden_Globe_Awards_MGP_001.jpg
Golden_Globe_Awards_MGP_002.jpg
Golden_Globe_Awards_MGP_003.jpg
Hart_Mary_MGP_001.jpg
Hart_Mary_MGP_002.jpg
Hartman_Phil_MGP_001.jpg
Hartman_Phil_MGP_002.jpg
Harvard_Ragata_MGP_001.jpg
Harvard_Ragata_MGP_002.jpg
Honduras_MGP_001.jpg
Honduras_MGP_002.jpg
Honduras_MGP_003.jpg
Honduras_MGP_004.jpg
Human_Sexual_Response_MGP_001.jpg
Human_Sexual_Response_MGP_002.jpg
Human_Sexual_Response_MGP_003.jpg
Human_Sexual_Response_MGP_004.jpg
Kennedy_Ted_MGP_003.jpg
Landau_Martin_MGP_001.jpg
Landau_Martin_MGP_002.jpg
Landau_Martin_MGP_003.jpg
Lemmon_Jack_MGP_001.jpg
Lemmon_Jack_MGP_002.jpg
Leoni_Tea_MGP_001.jpg
Leoni_Tea_MGP_002.jpg
Lisa_Lisa_Cult_Jam_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 4)

MC_Young_MGP_001.jpg
MC_Young_MGP_002.jpg
Moe_Dee_Kool_MGP_001.jpg
Moe_Dee_Kool_MGP_002.jpg
ONeill_Tip_MGP_001.jpg
Priestly_Jason_MGP_001.jpg
Priestly_Jason_MGP_002.jpg
Priestly_Jason_MGP_003.jpg
Priestly_Jason_MGP_004.jpg
Priestly_Jason_MGP_005.jpg
Ronstadt_Linda_MGP_001.jpg
Rydell_Mark_MGP_001.jpg
Rydell_Mark_MGP_002.jpg
Saint_Eva_Marie_MGP_001.jpg
Saldana_Teresa_MGP_001.jpg
Seinfeld_Jerry_MGP_001.jpg
Seinfeld_Jerry_MGP_002.jpg
Seinfeld_Jerry_MGP_003.jpg
Seinfeld_Jerry_MGP_004.jpg
Sex_Pistols_MGP_001.jpg
Sex_Pistols_MGP_002.jpg
Shriver_Maria_MGP_001.jpg
Simon_Paul_MGP_001.jpg
Simon_Paul_MGP_002.jpg
Simon_Paul_MGP_003.jpg
Singleton_John_MGP_001.jpg
Spelling_Tori_MGP_001.jpg
Springer_Jerry_MGP_001.jpg
Springer_Jerry_MGP_002.jpg
Starks_John_MGP_001.jpg
Starks_John_MGP_002.jpg
Steinfeld_Jake_MGP_001.jpg
Take_6_MGP_001.jpg
Tartikoff_Brandon_MGP_001.jpg
The_Fat_Boys_MGP_001.jpg
Tolken_Michael_MGP_001.jpg
Tolken_Michael_MGP_002.jpg
Tucci_Stanley_MGP_001.jpg
Tucci_Stanley_MGP_002.jpg
Tweed_Shannon_MGP_001.jpg
Visnjic_Goran_MGP_001.jpg
Visnjic_Goran_MGP_002.jpg
Visnjic_Goran_MGP_003.jpg
Visnjic_Goran_MGP_004.jpg
Ward_Fred_MGP_001.jpg
Ward_Fred_MGP_002.jpg
Waronker_Larry_MGP_001.jpg
Waronker_Larry_MGP_002.jpg
Wuhl_Robert_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Xena_MGP_001.jpg
Xena_MGP_002.jpg
Xena_MGP_003.jpg
Getty_Images_Published_04_20_09
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg

Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg
Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Chrichton_Michael_MGP_001.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Kitty_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg

Flynn_Ray_MGP_002.jpg
Ford_Gerald_MGP_001.jpg
Ford_Gerald_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_002.jpg
Huizenga_Wayne_MGP_001.jpg
Huizenga_Wayne_MGP_002.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Johnson_Michael_MGP_002.jpg
Krantz_Judith_MGP_001.jpg
Krantz_Judith_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lawrence_Martin_MGP_001.jpg
Lawrence_Martin_MGP_002.jpg
Lawrence_Martin_MGP_003.jpg
Lawrence_Martin_MGP_004.jpg
Lawrence_Sharon_MGP_001.jpg
Lawrence_Sharon_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Midler_Bette_MGP_001.jpg
Midler_Bette_MGP_002.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Parker_Fess_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Ross_Charlotte_MGP_001.jpg
Ross_Charlotte_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 5)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg
Getty_Images_Published_06_03_09
Adamson_Stuart_MGP_001.jpg
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_002.jpg
Applegate_Christina_MGP_002.jpg
Arnold_Tom_MGP_001.jpg
Ashworh_John_MGP_001.jpg
Ashworth_John_MGP_002.jpg
Ashworth_John_MGP_005.jpg
Ashworth_John_MGP_006.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Bakula_Scott_MGP_001.jpg
Bakula_Scott_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Buckingham_Jane_MGP_001.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_006.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Grammer_Kelsey_MGP_001.jpg
Grammer_Kelsey_MGP_002.jpg
Grammys_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg

Hagler_Marvin_MGP_001.jpg
Hagler_Marvin_MGP_002.jpg
Haim_Corey_MGP_001.jpg
Haim_Corey_MGP_002.jpg
Haim_Corey_MGP_003.jpg
Hamlisch_Marvin_MGP_001.jpg
Hamlisch_Marvin_MGP_002.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_001.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Kennedy_John_Jr_MGP_001.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Lawrence_Sharon_MGP_003.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McKellan_Sitlan_MGP_001.jpg
Moe_Tommy_MGP_001.jpg
Moe_Tommy_MGP_002.jpg
Monheit_Jane_MGP_001.jpg
Montgomery_Tim_MGP_002.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_001.jpg
Von_Bulow_Claus_MGP_002.jpg
Wilder_Billy_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Getty_Images_Published_06_16_09
Abortion_Story_MGP_001.jpg
Abortion_Story_MGP_002.jpg
AIDS_MGP_001.jpg
AIDS_MGP_002.jpg
AIDS_MGP_003.jpg
AIDS_MGP_004.jpg
AIDS_MGP_005.jpg
Alexander_Jason_MGP_003.jpg
Archer_Army_MGP_003.jpg
Arnold_Tom_MGP_001.jpg
Bernstein_Leonard_MGP_002.jpg
Bertolucci_Bernardo_MGP_001.jpg
Chen_Joan_MGP_001.jpg
Cher_MGP_003.jpg
Cher_MGP_005.jpg
Cher_MGP_006.jpg
Cole_Natalie_MGP_003.jpg
Cole_Natalie_MGP_004.jpg
Costanza_George_MGP_001.jpg
DArbanville_Patty_MGP_001.jpg
Depeche_Mode_MGP_001.jpg
Depeche_Mode_MGP_002.jpg
DiceClay_Andrew_MGP_001.jpg
Donahoe_Amanda_MGP_001 (1).jpg
Donahoe_Amanda_MGP_001.jpg
Durning_Charles_MGP_001.jpg
Evening_At_The_Improv_MGP_002.jpg

Evening_At_The_Improv_MGP_003.jpg
Evening_At_The_Improv_MGP_005.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Falk_Peter_MGP_001.jpg
Falk_Peter_MGP_002.jpg
Fitzgerald_Ella_MGP_001.jpg
Fitzgerald_Ella_MGP_002.jpg
Fitzgerald_Ella_MGP_003.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_001.jpg
Goldberg_Adam_MGP_002.jpg
Grammys_MGP_001.jpg
Hasslehoff_David_MGP_001.jpg
Hasslehoff_David_MGP_002.jpg
Hasslehoff_David_MGP_003.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Jones_Quincy_MGP_003.jpg
Jones_Quincy_MGP_004.jpg
Jones_Quincy_MGP_006.jpg
Jones_Quincy_MGP_008.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lasseter_John_MGP_001.jpg
Lasseter_John_MGP_002.jpg
Leary_Timothy_MGP_001.jpg
Leary_Timothy_MGP_002.jpg
Leary_Timothy_MGP_003.jpg
LeBlanc_Matthew_MGP_001.jpg
LeBlanc_Matthew_MGP_002.jpg
LeBlanc_Matthew_MGP_004.jpg
LeBlanc_Matthew_MGP_006.jpg
LeBlanc_Matthew_MGP_007.jpg
MacLaine_Shirley_MGP_001.jpg
MacLaine_Shirley_MGP_002.jpg
Madsen_Michael_MGP_001.jpg
Madsen_Michael_MGP_002.jpg
Najimy_Kathy_MGP_001.jpg
Najimy_Kathy_MGP_002.jpg
Nimoy_Leonard_MGP_001.jpg
Nimoy_Leonard_MGP_002.jpg
Nimoy_Leonard_MGP_003.jpg
Phillips_Julia_MGP_001.jpg
Phillips_Julia_MGP_002.jpg
Phillips_Julia_MGP_003.jpg
Powers_David_J_MGP_001.jpg
Ralph_Lee_Sheryl_MGP_001.jpg
Randall_Terry_MGP_001.jpg
Randall_Terry_MGP_002.jpg
Randall_Terry_MGP_003.jpg
Randall_Terry_MGP_004.jpg
Randall_Terry_MGP_005.jpg
Reiner_Rob_MGP_001.jpg
Reiner_Rob_MGP_002.jpg
Reiner_Rob_MGP_003.jpg
Spencer_John_MGP_001.jpg
Spillane_Mickey_MGP_001.jpg
Spillane_Mickey_MGP_002.jpg
The_Cult_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 6)

The_Cure_MGP_001.jpg
The_Cure_MGP_002.jpg
Til_Tuesday_MGP_001.jpg
Til_Tuesday_MGP_002.jpg
Til_Tuesday_MGP_003.jpg
Getty_Images_Published_10_26_09
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_002.jpg
Ashworth_John_MGP_004.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg
Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_002.jpg
Caan_James_MGP_003.jpg
Caan_James_MGP_004.jpg
Caan_James_MGP_005.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg

Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Cole_Natalie_MGP_001.jpg
Cole_Natalie_MGP_002.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Crichton_Michael_MGP_001.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Michael_MGP_002.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Evening_At_The_Improv_MGP_004.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg
Flynn_Ray_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg

Grammer_Kelsey_MGP_001.tif.jpg
Grammer_Kelsey_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg
Haim_Corey_MGP_001.jpg
Haim_Corey_MGP_002.jpg
Haim_Corey_MGP_003.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McFerrin_Bobby_MGP_003.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Montgomery_Tim_MGP_001.jpg
Montgomery_Tim_MGP_0031.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Perrineau_Harold_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_002 (1).jpg
Von_Bulow_Claus_MGP_002.jpg
Webster_Martel_MGP_001.jpg
Webster_Martel_MGP_002.jpg
Webster_Martel_MGP_003.jpg
Webster_Martel_MGP_004.jpg
Wilder_Billy_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 7)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg

Certificate of Registration



163671063

Total Records = 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

VA0001431699          HP          4

Maria A. Pallante

Register of Copyrights, United States of America

**Fed**     Shipment Receipt



### Address Information

**Ship to:**     **Ship from:**
Joy Burns     Michael Grecco
UNITED STATES     MGP, INC
COPYRIGHT OFFICE
101 INDEPENDENCE AVE   1701 PIER AVENUE
SE

WASHINGTON, DC     SANTA MONICA, CA
20559-0002     90405
US     US
2027078225     3104524461



### Shipping Information
Tracking number: 793697868574
Ship date: 07/06/2010
Estimated shipping charges: 23.59

### Package Information
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 1.00USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location



### Billing Information
Bill transportation to: Sender
Your reference:  Legal & Professional
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.



**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.





Español | Customer Support | FedEx Locations    Search          Go

**Fed**

Package/Envelope      Freight      Expedited      Office/Print Services

Ship ▸        Track ▸        Manage ▸      Business Solutions ▸

## Detailed Results

Printer-Friendly          Get Link          Help

Enter tracking number

Notifications

| Tracking no.: 793697868574 | Select time format: 12H | 24H | E-mail notifications |
|---|---|---|

Initiated    Picked up    In transit

**Delivered**
Signed for by: E.GREEN

**Shipment Dates**
Ship date ▸   Jul 6, 2010
Delivery date ▸   Jul 7, 2010 10:28 AM

**Destination**
WASHINGTON, DC
Signature Proof of Delivery ▸

### Shipment Facts                                                        Help

| Service type | Standard Envelope - Adult Signature Required ▸ | Delivered to | Shipping/Receiving |
|---|---|---|---|
| Weight | 1.0 lbs/.5 kg | Reference | Legal & Professional |

### Shipment Travel History                                              Help

Select time zone:   Local Scan Time    ▼

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 7, 2010 10:28 AM | Delivered | WASHINGTON, DC | |
| Jul 7, 2010 9:00 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Jul 7, 2010 7:25 AM | At local FedEx facility | WASHINGTON, DC | |
| Jul 7, 2010 6:31 AM | At dest sort facility | WASHINGTON, DC | |
| Jul 7, 2010 3:47 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 7, 2010 12:59 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 6, 2010 7:11 PM | Left FedEx origin facility | MARINA DEL REY, CA | |
| Jul 6, 2010 3:45 PM | Picked up | MARINA DEL REY, CA | |
| Jul 5, 2010 8:01 PM | Shipment information sent to FedEx | | |



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 18,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **793697868574**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | **Delivered to:** | Shipping/Receiving |
| Signed for by: | E.GREEN | **Delivery location:** | 9140 EAST HAMPTON |
| | | | WASHINGTON, DC 20559 |
| Service type: | Standard Envelope | **Delivery date:** | Jul 7, 2010 10:28 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 793697868574 | **Ship date:** | Jul 6, 2010 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

Recipient:
Joy Burns
UNITED STATES COPYRIGHT OFFICE
101 INDEPENDENCE AVE SE
WASHINGTON, DC 20559 US

Shipper:
Michael Grecco
MGP, INC
1701 PIER AVENUE
SANTA MONICA, CA 90405 US

Reference

Legal & Professional

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Español | Customer Support | FedEx Locations    Search    Go

**Fed**

| Package/Envelope | | Freight | Expedited | | Office/Print Services » |
| Ship » | Track » | Manage » | | Business Solutions » | |

## Detailed Results

Printer-Friendly          Get Link          Help

Enter tracking number

Notifications

Tracking no.: 793697868574                Select time format: 12H | 24H                E-mail notifications



Initiated — Picked up — In transit
**Delivered**
Signed for by: E.GREEN

| Shipment Dates | Destination |
| Ship date ② Jul 6, 2010 | WASHINGTON, DC |
| Delivery date ② Jul 7, 2010 10:28 AM | Signature Proof of Delivery ② |

### Shipment Facts                                                                    Help

| Service type | Standard Envelope - Adult Signature Required ② | Delivered to | Shipping/Receiving |
| | | Reference | Legal & Professional |
| Weight | 1.0 lbs/.5 kg | | |

### Shipment Travel History                                                           Help

Select time zone:   Local Scan Time   ⁞

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Jul 7, 2010 10:28 AM | Delivered | WASHINGTON, DC | |
| Jul 7, 2010 9:00 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Jul 7, 2010 7:25 AM | At local FedEx facility | WASHINGTON, DC | |
| Jul 7, 2010 6:31 AM | At dest sort facility | WASHINGTON, DC | |
| Jul 7, 2010 3:47 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 7, 2010 12:59 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 6, 2010 7:11 PM | Left FedEx origin facility | MARINA DEL REY, CA | |
| Jul 6, 2010 3:45 PM | Picked up | MARINA DEL REY, CA | |
| Jul 5, 2010 8:01 PM | Shipment information sent to FedEx | | |



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 18, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number 793697868574.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | E.GREEN | Delivery location: | 9140 EAST HAMPTON WASHINGTON, DC 20559 |
| Service type: | Standard Envelope | Delivery date: | Jul 7, 2010 10:28 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 793697868574 | Ship date: | Jul 6, 2010 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
Joy Burns
UNITED STATES COPYRIGHT OFFICE
101 INDEPENDENCE AVE SE
WASHINGTON, DC 20559 US

Shipper:
Michael Grecco
MGP, INC
1701 PIER AVENUE
SANTA MONICA, CA 90405 US

Reference                                    Legal & Professional

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

 Shipment Receipt

## Address Information

**Ship to:**
Joy Burns
UNITED STATES
COPYRIGHT OFFICE
101 INDEPENDENCE AVE
SE

WASHINGTON, DC
20559-0002
US
2027078225

**Ship from:**
Michael Grecco
MGP, INC
1701 PIER AVENUE

SANTA MONICA, CA
90405
US
3104524461

## Shipping Information

Tracking number: 793697868574
Ship date: 07/06/2010
Estimated shipping charges: 23.59

## Package Information

Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 1.00USD
Special Services: Adult signature required
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information

Bill transportation to: Sender
Your reference: Legal & Professional
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.














